**City of Geneseo, Plaintiff-Appellant, v. Stanley F. Mirocha, Defendant-Appellee.**

Gen. No. 67–14. 

Third District.

July 17, 1967.

Andrews & Andrews, of Kewanee, for appellant; Stewart R. Winstein, of Rock Island, for appellee. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.